UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNG JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>MEGAN J. BRENNAN,<br><br>        Defendant. | Case No. 18-cv-07569-HSG<br><br>**ORDER DENYING ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 11 |

On February 25, 2019, Defendant filed an administrative motion to continue the March 20, 2019 case management conference and associated deadlines. Dkt. No. 11. The motion is **DENIED**. Any outstanding issues regarding service will be discussed at the case management conference.

**IT IS SO ORDERED.**

Dated: 2/26/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge