United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYUNG JONES,

          Plaintiff,

     v.

MEGAN J. BRENNAN,

          Defendant.

Case No. 18-cv-07569-HSG

**ORDER SETTING TELEPHONE CONFERENCE**

      The Court hereby SETS a telephone conference at 2:30 p.m. on April 30, 2019, to discuss alternative dispute resolution options. Plaintiff and defense counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance. The parties need not submit any filing in advance of the telephone conference.

      **IT IS SO ORDERED.**

Dated:  4/22/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge