United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNG JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>MEGAN J. BRENNAN,<br><br>        Defendant. | Case No. 18-cv-07569-HSG<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br>Re: Dkt. No. 25 |

The Court issued a scheduling order on March 22, 2019. Dkt. No. 17. Plaintiff filed a motion for extension of time to respond to discovery and request for amendment of the Court's scheduling order on August 9, 2019. *See* Dkt. No. 25. Defendant filed a statement of non-opposition. *See* Dkt. No. 26. Having considered Plaintiff's motion, the Court **CONTINUES** the Court's discovery deadlines and **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Initial Date | Amended Date |
|---|---|---|
| Close of Fact Discovery | September 16, 2019 | October 7, 2019 |
| Exchange Opening Expert Reports | October 2, 2019 | October 9, 2019 |
| Exchange Rebuttal Expert Reports | October 16, 2019 | October 23, 2019 |
| Close of Expert Discovery | November 1, 2019 | November 6, 2019 |

The parties are directed to meet and confer and coordinate any discovery extensions that afford the parties additional time to complete discovery within the amended deadlines. The parties are advised, however, that the Court will not grant any further requests to continue discovery deadlines. The Court expects all parties, including Plaintiff, to take whatever steps are necessary

to move this case forward.  This order terminates Docket Number 25.

**IT IS SO ORDERED.**

Dated: 8/13/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge