1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYUNG JONES,

          Plaintiff,

      v.

MEGAN J. BRENNAN,

          Defendant.

Case No.  18-cv-07569-HSG

**REVISED SCHEDULING ORDER**

The Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
| --- | --- |
| Opposition Filing Deadline | January 2, 2020 |
| Reply Filing Deadline | January 16, 2020 |
| Dispositive Motion Hearing | January 30, 2020 at 2:00 p.m. |

All other dates, including the pretrial conference and trial dates will remain as previously scheduled. *See* Dkt. No. 17. These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. This order terminates Docket Number 32.

**IT IS SO ORDERED.**

Dated:  11/19/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7    KYUNG JONES,                                    Case No.  18-cv-07569-HSG

              Plaintiff,
8
9         v.                                          **CERTIFICATE OF SERVICE**

10   MEGAN J. BRENNAN,

              Defendant.
11
12        I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

13   District Court, Northern District of California.

14        That on November 19, 2019, I SERVED a true and correct copy(ies) of the attached, by

15   placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

16   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

17   receptacle located in the Clerk's office.

18
19   Kyung  Jones
     1439 A Street
20   Eureka, CA 95501

21
22   Dated: November 19, 2019

23
                                                 Susan Y. Soong
24                                               Clerk, United States District Court

25
26
                                                 By:_____
27                                               Nikki D. Riley, Deputy Clerk to the
                                                 Honorable HAYWOOD S. GILLIAM, JR.
28

2