UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNG JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEGAN J. BRENNAN,<br><br>　　　　Defendant. | Case No. 18-cv-07569-HSG<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF**<br><br>Re: Dkt. No. 36 |

The Court DENIES AS MOOT (Dkt. No. [36]) Plaintiff's motion for a court order to have Defendant provide a copy of Plaintiff's deposition transcript to prepare opposition to Defendant's summary judgment motion. In light of (Dkt. No. [37]) Plaintiff's Opposition to Defendant's motion for summary judgment, filed on December 31, 2019, Plaintiff no longer provides a basis for such a court order.

**IT IS SO ORDERED.**

Dated: 1/15/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge