UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KYUNG JONES,<br><br>Plaintiff,<br><br>v.<br><br>MEGAN J. BRENNAN,<br><br>Defendant. | Case No. 18-cv-07569-HSG<br><br>**ORDER ON DEFENDANT'S ADMINISTRATIVE MOTION TO MODIFY CASE SCHEDULE**<br><br>Re: Dkt. No. 47 |
|---|---|

Defendant Megan J. Brennan, Postmaster General, filed an administrative motion requesting that the Court continue the pretrial conference and trial dates pending resolution of Defendant's motion for summary judgment. *See* Dkt. No. 47. Defendant alternatively requests that the Court suspend all pretrial filing requirements. *Id.* The Court agrees that good cause exists to suspend the pretrial deadlines. At this stage, the Court will maintain the hearing on March 10, 2020 at 3:00 p.m. as a status conference to discuss next steps in the case.

Accordingly, the Court **GRANTS** Defendant's motion to modify case schedule, but only to the extent that the pretrial meet and confer and filing deadlines are suspended. The trial date of March 30, 2020 remains on calendar unless and until otherwise ordered.

**IT IS SO ORDERED.**

Dated: 2/13/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge