UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYUNG JONES,

        Plaintiff,

  v.

MEGAN J. BRENNAN,

        Defendant.

Case No. 18-cv-07569-HSG

**ORDER APPOINTING COUNSEL**

Because the plaintiff has requested and is in need of counsel to assist them in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Aaron Silberman (CB# 161021; asilberman@rjo.com) and Joshua Deitz (CB# 267454; rjdeitz@rjo.com) of Rogers Joseph O'Donnell, 311 California Street, San Francisco California, (415) 956-2828, are hereby appointed as counsel for Ms. Jones in this matter. The scope of this referral shall be for:

- ☐ all purposes for the duration of the case
- ☒ the limited purpose of representing the litigant in the course of
  - ☐ mediation
  - ☐ early neutral evaluation
  - ☒ settlement conference
  - ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
  - ☐ discovery as follows: _____
  - ☐ other: _____

//

//

//

1   All proceedings in this action are hereby stayed until four weeks from the date of this
2   order.  Counsel shall be familiar with General Order No. 25 posted on the Court's website.

**IT IS SO ORDERED.**

Dated:  7/16/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge