DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3929
    Facsimile: (510) 637-3724
    E-mail: emmet.ong@usdoj.gov

Attorneys for Defendant
MEGAN J. BRENNAN, POSTMASTER GENERAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KYUNG SOOK JONES, | Civil Action No. 4:18-cv-07569-HSG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING TRIAL BY JUDGE** |
| MEGAN J. BRENNAN, POSTMASTER GENERAL, | |
| Defendant. | |

STIPULATION AND ORDER REGARDING TRIAL BY JUDGE
NO. 4:18-CV-07569-HSG

During the case management conference held on December 1, 2020, pro se Plaintiff Kyung Jones advised the Court that she would prefer a court trial rather than a jury trial. Dkt. No. 64. On December 3, 2020, Defendant Megan J. Brennan, Postmaster General, through the undersigned counsel, notified Plaintiff that Defendant agreed to a court trial. To that end, the parties agree and consent to a trial by judge in this matter, and to waive their rights to a trial by jury.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  December 3, 2020 | Respectfully submitted, |
| 2 | | DAVID L. ANDERSON |
| 3 | | United States Attorney |

/s/ *Emmet P. Ong**
EMMET P. ONG
Assistant United States Attorney

*Attorneys for Defendant Megan J. Brennan,
Postmaster General*

DATED:  December 3, 2020          /s/ kyung sook Jones
                                   KYUNG SOOK JONES

*Plaintiff (pro se)*

* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of the document has been obtained from the other Signatory.

STIPULATION AND ORDER REGARDING TRIAL BY JUDGE
NO. 4:18-CV-07569-HSG

**|ORDER**

Pursuant to stipulation of the parties, IT IS SO ORDERED.

DATED: 12/4/2020

*Haywood S. Gilliam Jr.*

HON. HAYWOOD S. GILLIAM, JR.

United States District Judge