UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNG JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEGAN J. BRENNAN,<br><br>　　　　Defendant. | Case No. 18-cv-07569-HSG<br><br>**ORDER TERMINATING LIMITED SCOPE REPRESENTATION**<br><br>Re: Dkt. No. 53 |

The above-entitled action was referred to the Federal Pro Bono Project for appointment of pro bono counsel. Attorney Aaron Silberman was appointed through the Federal Pro Bono Project to serve as volunteer counsel for Ms. Jones. *See* Dkt. No. 53. The scope of representation was limited to representation at Settlement Conference.

Since this purpose has been fulfilled, the Court now removes this case from the Federal Pro Bono Project. This terminates any further responsibilities of pro bono counsel.

The Court thanks Mr. Silberman for his service to the Federal Pro Bono Project and hereby relieves him from the limited scope representation.

**IT IS SO ORDERED.**

Dated: 1/13/2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge