UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNG SOOK JONES,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MEGAN J. BRENNAN,<br><br>　　　　　　　Defendant. | Case No. 18-cv-07569-HSG<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION REQUESTING ZOOM ASSISTANCE**<br><br>Re: Dkt. No. 90 |

On March 16, 2021, the parties agreed to proceed with trial via Zoom. Dkt. No. 88. The Court has received the electronic versions of all exhibits the parties propose to offer at trial. Document presentation at trial is solely the parties' responsibility, and each party must be prepared to use the screenshare feature of Zoom to display exhibits. As usual, a document can be preliminarily shown to a witness so the witness can identify it and establish a foundation for admission. But witnesses will not be allowed to testify regarding the substance of any document until the document has been admitted in evidence.

On March 24, 2021, Plaintiff filed an administrative motion requesting assistance with screensharing documents. Dkt. No. 90. The Court assumes that Plaintiff is not requesting assistance from the Court, since the Court cannot manage either side's document presentation during trial. If Plaintiff is asking whether she may designate an additional participant to help her in managing Zoom, including any screensharing tasks, the answer is yes.

\\

\\

\\

\\

1   If either party elects to designate an additional participant to assist with managing Zoom,
2 they must identify that person to Ms. Riley, the Court's Courtroom Deputy, by 3:30 p.m. on
3 March 25, 2021.
4   This order terminates Dkt. No. 90.

6   **IT IS SO ORDERED.**
7 Dated: 3/24/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge